EUGENE A. RUDIGER and JOHN M. RUDIGER, Respondents, Appellants, *v.*
JAMES S. COLEMAN, Defendant, Impleaded with JULES BREUCHAUD,
and BERNARD F. COLEMAN, Individually and as Administrator, etc., of
JAMES S. COLEMAN, Deceased, Appellants, Respondents.

Cross-appeals from a judgment of the Supreme Court upon the report
of a referee appointed to take and state an account and report on the same
with his opinion.    The judgment was entered in the office of the clerk of the
county of Kings on the 17th day of August, 1916.    The order of reference was
made upon a judgment, partially final and partially interlocutory, which was
entered on a remittitur from the Court of Appeals, which reversed a judg-
ment of the Appellate Division of the Supreme Court and modified a judg-
ment of the Special Term.    The judgment on the remittitur contains cer-
tain final provisions regarding the reconveyance of property and directs an
accounting for rents received by the defendants, for which they had not
accounted to plaintiffs.    The case was referred to Honorable M. Linn
Bruce, who rendered a report containing the evidence and his opinion, and
the judgment appealed from was entered upon a motion to confirm the
said report.

PER CURIAM: After careful consideration, we think that the judgment
entered on the remittitur from the Court of Appeals (199 N. Y. 342) and
the subsequent proceedings, require the following disposition of this appeal:

The judgment should be modified by reversing and striking therefrom all the decretal portions thereof and inserting in place thereof the following: It is ordered, adjudged and decreed that the plaintiffs have and recover of the defendants forty per cent of the rents collected by the defendants on the Field farm and the Homestead building to the date when the property was conveyed to plaintiffs, according to the judgment rendered on the remittitur from the Court of Appeals, to wit, June 15, 1911, with interest thereon to such date as found by the referee, together with interest to the date of this judgment, to wit, May 27, 1916, as follows: Rents collected Field farm June 15, 1899, to October, 1906, $2,289.47; interest as determined by the referee to June 15, 1911, $1,233.13; interest, June 15, 1911, to May 27, 1916, $1,051.25; rents collected Field farm from October, 1906, to June 15, 1911, $1,251.33; interest thereon as determined by the referee to June 15, 1911, $156.30; interest to date May 27, 1916, $371.63; in the aggregate, $6,353.11, together with the taxable costs and disbursements of the reference and procedure before Hon. M. Linn Bruce, referee, to be taxed. It is further ordered and adjudged that the sum of $4,900, with interest thereon from June 16, 1911, to May 27, 1916, and the further sum of $1, with interest from June 16, 1911, be allowed to the defendants as an offset to the amount adjudged to plaintiffs and in satisfaction of the plaintiffs' claim and the judgment thereon hereby awarded. It is further ordered that all interlocutory orders brought upon the appeal be affirmed. All without costs of this appeal. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred. Judgment modified, and as modified affirmed, without costs. Interlocutory orders also affirmed, without costs.